DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

In re Guardianship of Arnold Saferstein,
an incapacitated person.

TARA MADDEN,

Appellant,

v.

JOCELYN LEE, as guardian of
Arnold Saferstein, an incapacitated person,

Appellee.

No. 2D2023-1735
_____

July 10, 2024

Appeal from the Circuit Court for Pinellas County; Sherwood Coleman,
Judge.

Tara Madden, pro se.

Jocelyn Lee, pro se.


PER CURIAM.

 Affirmed.

ROTHSTEIN-YOUAKIM, SMITH, and LABRIT, JJ., Concur.
_____

Opinion subject to revision prior to official publication.